IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

TIDE RUNNER MARINE, INC. d/b/a
SEA TOW ATLANTIC CITY,

        Plaintiff,           Civil No. 08-3576-RBK-AMD

    v.

BRUCE MEIER, et al.,

        DefendantS.

## SCHEDULING ORDER

      This Scheduling Order confirms the directives given to counsel at the initial scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on October 14, 2008; and the Court noting the following appearances:  John K. Fulweiler, Esquire, appearing on behalf of the plaintiff; Michael E. Stern, Esquire, appearing on behalf of the defendant Bruce Meier, M/Y FORTIS; and James W. Johnson, Esquire, appearing on behalf of defendants Stone Harbor Marina, Inc. d/b/a Stone Harbor Yacht Sales and Stone Harbor Marina Holdings, LLC; and for good cause shown:

      IT IS this **15th** day of **October 2008**, hereby **ORDERED**:

      1.  Counsel shall make FED. R. CIV. P. 26(a) disclosures on or before **October 30, 2008**.

      2.  The Court will conduct a settlement conference on **December 17, 2008 at 11:00 A.M.**.  Clients with settlement authority shall appear in person.  Counsel shall exchange and submit settlement memoranda to the Court at least one week prior to the conference.

                        s/ Ann Marie Donio
                        ANN MARIE DONIO
                        United States Magistrate Judge

cc:  Hon. Robert B. Kugler